IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| United States of America | Crim. No. 4:08-cr-00964-TLW-1 |
| v. | **Order** |
| Daniel Ray Buie | |

This matter comes before the Court for consideration of a motion received from Defendant in which he challenges his sentence on multiple grounds.  ECF No. 210.  Defendant has not filed an actual 28 U.S.C. § 2255 petition.

As required by Local Civil Rule 83.VIII.03, if Defendant wishes to seek relief pursuant to § 2255, he must file his petition on the appropriate forms or forms substantially similar.  Defendant is directed to file any such petition on the appropriate or substantially similar forms within 30 days of the date of this order.  He may attach this motion to the appropriately-filed § 2255 petition, if he so chooses, so that it may be deemed part of that filing.  Any proper § 2255 petition filed within the time allotted will be construed as having been filed on the filing date of this motion.

The Clerk is directed to send Defendant the appropriate § 2255 forms.

**IT IS SO ORDERED**.

_s/ Terry L. Wooten_____
Terry L. Wooten
Chief United States District Judge

October 15, 2015
Columbia, South Carolina

1